CHARLES TRUDRUNG TAYLOR (State Bar No. 127105)
MELODY A. HAWKINS (State Bar No. 226522)
LANG, RICHERT & PATCH
5200 N. Palm Avenue, Suite 401
Fresno, CA 93704
Telephone:    (559) 228-6700
Facsimile:    (559) 228-6727
Email:        ctt@lrplaw.net
              mah@lrplaw.net

Attorneys for Plaintiff ROBERT ANDREAS


JEFFREY POLSKY (State Bar No. 120975)
TYREEN TORNER (State Bar No. 249980)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:    (415) 364-5540
Facsimile:    (415) 391-4436
Email:        jpolsky@foxrothschild.com
              ttorner@foxrothschild.com

Attorneys for Defendant LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREAS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HIW, INC., a Washington corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:09-cv-02257 LJO-SKO<br><br>**STIPULATION AND ORDER FOR DISMISSAL *WITH PREJUDICE*** <br><br><br>Complaint Filed: November 25, 2009<br>Trial Date:      March 7, 2011 |

1

1   PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a), Plaintiff Robert
2  Andreas ("Plaintiff") and Defendant Lowe's HIW, Inc. ("Defendant") (collectively, "the
3  Parties"), through their attorneys of record, hereby stipulate and request that the above-captioned
4  case be dismissed in its entirety *with prejudice*.  Each party is to bear its own attorneys' fees and
5  costs except as otherwise provided in the Parties' Confidential Settlement Agreement.
6   WHEREFORE, the Parties respectfully request that this matter be dismissed *with*
7  *prejudice*, with each party to bear its own attorneys' fees and costs except as otherwise provided
8  in the Parties' Confidential Settlement Agreement.

10  DATED:  November 17, 2010         LANG, RICHERT & PATCH

12                 /s/ Charles Trudrung Taylor
    CHARLES TRUDRUNG TAYLOR
13  MELODY A. HAWKINS
    Attorneys for Plaintiff ROBERT ANDREAS

16  DATED:  November 9, 2010          FOX ROTHSCHILD LLP

18                 /s/ Tyreen Torner
    JEFFREY POLSKY
19  TYREEN TORNER
    Attorneys for Defendant LOWE'S HIW, INC.

21  **IT IS SO ORDERED.  This Court DIRECTS the clerk to close this action.**

23
24  DATED: November 19, 2010____    __/s/ Lawrence J. O'Neill_____
    UNITED STATES DISTRICT COURT JUDGE

2